IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACKIE DEAN BROWN III,

    Movant,

vs.                                  No. CV 19-00761 RB/KBM
                                      No. CR 15-02982 RB

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

THIS MATTER is before the Court on the handwritten motion for appointment of counsel filed by Movant, Jackie Dean Brown III, on August 20, 2019 (CV Doc. 1; CR Doc. 66) ("Motion"). The Court has also reviewed the docket in criminal case no. CR 15-02982 RB.

Movant Brown's Motion challenges his conviction and sentence in CR 15-02982 RB based on the recent United States Supreme Court decision in *Rehaif v. United States of America*. (CV Doc. 1 at 1; CR Doc. 66 at 1). The Court intends to recharacterize Brown's Motion as a first 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence. Pursuant to *Castro v. United States,* 540 U.S. 375 (2003), when

> a court recharacterizes a pro se litigant's motion as a first § 2255 motion . . .the district court must notify the pro se litigant that it intends to recharacterize the pleading, warn the litigant that this recharacterization means that any subsequent § 2255 motion will be subject to the restriction on "second or successive" motions, and provide the litigant an opportunity to withdraw the motion or to amend it so that it contains all the § 2255 claims he believes he has.

*Id.* at 383. Consistent with *Castro,* the Court notifies Brown that it intends to recharacterize his Motion as a first § 2255 motion and afford him an opportunity to withdraw the motion or to amend

1

it to add additional claims he may have.  *See* Rule 2 of the Rules Governing Section 2255 Proceedings for the United States District Courts (providing that a motion to vacate, set aside, or correct sentence must: "(1) specify ***all grounds*** for relief available to the moving party; (2) state the facts supporting each ground; (3) state the relief requested; (4) be printed, typewritten, or legibly handwritten; and (5) be signed under penalty of perjury by the movant or by a person authorized to sign it for the movant." (emphasis added)).  If Brown fails to timely amend or withdraw his Motion, then Brown's Motion will be recharacterized and any subsequent § 2255 motions will be subject to the restriction on "second or successive" motions in 28 U.S.C. §§ 2244 and 2255(h).

**IT IS ORDERED** that Movant Jackie Dean Brown is **GRANTED** leave to amend or withdraw his Motion (CV Doc. 1; CR Doc. 66), which the Court intends to recharacterize as a first motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, within twenty-one (21) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Clerk of the Court **MAIL** a copy of this Order, together with a form § 2255 motion and instructions, to Movant Brown.

_____
UNITED STATES MAGISTRATE JUDGE